UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DZEVAD BULJUBASIC,

        Plaintiff,

-against-

SPENCER ALSTON ISRAEL, et al.,

        Defendants.
-----------------------------------------------------------X

ORDER

06 CV 1279 (NGG)(CLP)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 1 4 2006 ★
BROOKLYN OFFICE

GARAUFIS, District Judge.

On October 23, 2006, Magistrate Judge Cheryl L. Pollack issued a Report and Recommendation ("R&R") in the above-captioned action recommending that this court dismiss the case for failure to prosecute. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Pollack and as detailed above.

SO ORDERED.

Dated: December 6, 2006
      Brooklyn, N.Y.

/s/
Nicholas G. Garaufis
United States District Judge